IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | )<br>)<br>) CIVIL ACTION |
| Plaintiffs, | )<br>) NO. 24 C 7779 |
| vs. | )<br>) JUDGE LINDSAY C. JENKINS |
| REIGN CONSTRUCTION, LLC, an Illinois limited liability company, | )<br>)<br>) |
| Defendant. | ) |

## **FINAL JUDGMENT ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, REIGN CONSTRUCTION, LLC, an Illinois limited liability company, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been entered on October 23, 2024, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to report and pay contributions to each of the Plaintiff Funds on behalf of its bargaining unit employees in accordance with the collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Defendant has failed to timely submit monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of April 2023 through the present.

7. Defendant untimely submitted payment of its fringe benefit contributions due for the months of April 2023 and February 2024.

9. Defendant has failed to timely pay all contributions required to be made to the Plaintiff Funds. Accordingly, as provided in the Agreements and Declarations of Trust governing the respective Funds, 29 U.S.C. '1132(g)(2) and 28 U.S.C. '1961, Plaintiffs are entitled to recover:

(a) liquidated damages and interest on all contributions paid late or remaining unpaid;

(b) the cost of auditing the payroll books and records of Defendant;

(c) the costs and expenses of the Trustees, including their reasonable attorneys' fees;

(d) post-judgment interest; and

(e) costs and attorneys' fees incurred in executing on, or otherwise collecting, this judgment.

10. Plaintiffs have incurred costs totaling $427.00 and reasonable attorneys' fees totaling $2,539.50, altogether totaling $2,966.50.

11. There is no just cause for delay in the entry of a Judgment Order as to the sum of $2,966.50 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A.      That Plaintiffs recover from the Defendant, REIGN CONSTRUCTION, LLC, an Illinois limited liability company, the total sum of $2,966.50 for Plaintiffs' just and reasonable attorneys' fees, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

B.      Plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\MIDJ\Reign Construction\July 2024 referral\final judgment order 2.24.25 dac.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Order) to be served upon:

    Ms. Bridget Booker, President
    Reign Construction, LLC
    801 W.Main Street, Suite A118
    Peoria, IL   61606-1877
    bridget@constructioninc.com

by electronic mail and U.S. Mail on or before the hour of 5:00 p.m. this 24th day of February 2025.

              /s/   Destiny A. Collins

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\MIDJ\Reign Construction\July 2024 referral\final judgment order 2.24.25 dac.docx