IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA ) | |
| PENSION PLAN, *et al.*, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 24 C 7779 |
| vs. ) | |
| ) | JUDGE LINDSAY C. JENKINS |
| REIGN CONSTRUCTION, INC., ) | |
| an Illinois limited liability company, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, REIGN CONSTRUCTION, INC., an Illinois limited liability company, in the total amount of $2,966.50 in Plaintiffs' court costs and reasonable attorneys' fees.

On August 28, 2024, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Bridget Booker, President) at the registered office of record. Therefore, Defendant's answer was due on September 30, 2024. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Destiny A. Collins

Destiny A. Collins
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL   60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\MIDJ\Reign Construction\July 2024 referral\motion for entry of final judgment 2.24.25 dac.docx

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m. this 24th day of February 2025, she electronically filed the foregoing document (Plaintiffs' Motion for Entry of Final Judgment) with the Clerk of Court using the CM/ECF system and that she emailed and mailed by United States Mail, the above referenced document to the following non-CM/ECF participant:

    Ms. Bridgette Booker, President
    Reign Construction, Inc.
    801 W. Main Street, Suite A118
    Peoria, IL   61606-1877
    bridget@constructioninc.com


            /s/   Destiny A. Collins


Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6278364
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

I:\MIDJ\Reign Construction\July 2024 referral\motion for entry of final judgment 2.24.25 dac.docx